INTAPP,STAYED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:25-cr-00332-DC-1

Case title: USA v. Burger

Date Filed: 06/17/2025

Other court case number: 25-50976 USCA Fifth Circuit
Magistrate judge case number: 1:25-mj-00583-ML

---

Assigned to: Judge David Counts

Appeals court case numbers: 26-50011 USCA Fifth Circuit, 26-50396 USCA Fifth Circuit

**Defendant (1)**

**James Wesley Burger**

represented by

**Charlotte Anne Herring**
Federal Public Defender
504 Lavaca Street Suite 960
Austin, TX 78701
512-916-5025
Email: Charly_Herring@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jose I. Gonzalez-Falla**
Federal Public Defender
Lavaca Plaza
504 Lavaca St., Ste 960
Austin, TX 78701
(512)916-5025
Fax: (512)916-5035
Email: jose_gonzalez-falla@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Duty Pub. Defender-Austin**
Office of the Federal Public Defender
Austin Division
504 Lavaca St., Suite 960
Austin, TX 78701
(512) 916-5025
Fax: (512) 916-5035
Email: norma_g_medrano@fd.org
*TERMINATED: 05/19/2025*
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

**Jesus M. Salinas-FPD , Jr.**
SEPARATED Federal Public Defender
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, TX 78701
512-916-5025
Fax: 512-916-5035
Email: norma_g_medrano@fd.org
*TERMINATED: 08/08/2025*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:875C.F=INTERSTATE COMMUNICATIONS - THREATS (1s) | Pursuant to the Court's Order entered on 11/26/2025, the Superseding Indictment (Counts, 1s, 2s, 3s) is Dismissed; UPDATED ON 3/19/2026: Counts, 1s, 2s, 3s of the Superseding Indictment Reinstated pursuant to the USCA Fifth Circuit Judgment/Mandate REVERSING the district court's order dismissing the indictment and REMANDING the case for further proceedings |
| 18:875C.F=INTERSTATE COMMUNICATIONS - THREATS (1ss-3ss) | |
| INTERSTATE COMMUNICATIONS - THREATS (2s) | Pursuant to the Court's Order entered on 11/26/2025, the Superseding Indictment (Counts, 1s, 2s, 3s) is Dismissed; UPDATED ON 3/19/2026: Counts, 1s, 2s, 3s of the Superseding Indictment Reinstated pursuant to the USCA Fifth Circuit Judgment/Mandate REVERSING the district court's order dismissing the indictment and REMANDING the case for further proceedings |
| 18:875C.F=INTERSTATE COMMUNICATIONS - THREATS (3s) | Pursuant to the Court's Order entered on 11/26/2025, the Superseding Indictment (Counts, 1s, 2s, 3s) is Dismissed; UPDATED ON 3/19/2026: Counts, 1s, 2s, 3s of the Superseding Indictment Reinstated pursuant to the USCA Fifth Circuit Judgment/Mandate REVERSING the district court's order dismissing the indictment and REMANDING the case for further proceedings |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

18:875C.F=INTERSTATE COMMUNICATIONS - THREATS (1)

18:875C.F=INTERSTATE COMMUNICATIONS - THREATS (2)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:875C.F Threats communicated in interstate commerce | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Girish Karthik Srinivasan**<br>U.S. Attorney's Office<br>903 San Jacinto Blvd, #334<br>Austin, TX 78701<br>512-916-5858<br>Fax: 512-916-5854<br>*TERMINATED: 05/05/2026*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Keith Mason Henneke**<br>U.S. Attorney's Office<br>Western District of Texas<br>903 San Jacinto Blvd., Suite 334<br>Austin, TX 78701<br>512-370-1291<br>Email: Keith.Henneke@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Mark T. Roomberg**<br>Assistant U.S. Attorney<br>U.S. Department of Justice<br>601 NW Loop 410<br>Suite 600<br>San Antonio, TX 78216<br>(210) 384-7025<br>Fax: 210/384-7105<br>Email: mark.roomberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/16/2025 | 1 | COMPLAINT Signed by Judge Mark Lane as to James Wesley Burger (1). (sc) [1:25-mj-00583-ML] (Entered: 05/16/2025) |
| 05/16/2025 | 2 | Arrest Warrant Issued by Judge Mark Lane as to James Wesley Burger. (sc) [1:25-mj-00583-ML] (Entered: 05/16/2025) |
| 05/16/2025 | 3 | MOTION to Detain Defendant without Bond by USA as to James Wesley Burger. (sc) [1:25-mj-00583-ML] (Entered: 05/16/2025) |
| 05/19/2025 | | Arrest of James Wesley Burger (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 4 | CJA 23 Financial Affidavit by James Wesley Burger (SEALED pursuant to E-Government Act of 2002). (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 5 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance as to James Wesley Burger held on 5/19/2025 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to James Wesley Burger (Court Reporter FTR Austin.) (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 6 | Order Regarding Financial Status as to James Wesley Burger. Signed by Judge Mark Lane. (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Duty Pub. Defender-Austin for James Wesley Burger. Signed by Judge Mark Lane. (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 8 | ORDER OF TEMPORARY DETENTION: Bond set to NO BOND as to James Wesley Burger Preliminary and Detention Hearing set for 5/22/2025 at 09:00 AM in Austin before Judge Mark Lane. Signed by Judge Mark Lane. (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 9 | NOTICE OF ATTORNEY APPEARANCE: Jesus M. Salinas, Jr appearing for James Wesley Burger . Attorney Jesus M. Salinas, Jr added to party James Wesley Burger(pty:dft) (Salinas, Jesus) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/19/2025 | 10 | Arrest Warrant Returned Executed on 5/19/2025 as to James Wesley Burger. (knf) [1:25-mj-00583-ML] (Entered: 05/19/2025) |
| 05/22/2025 | 11 | ORDER RESETTING as to James Wesley Burger ( Preliminary and Detention Hearing set for 5/27/2025 11:00 AM in Austin before Judge Mark Lane). Signed by Judge Mark Lane. (mlg) [1:25-mj-00583-ML] (Entered: 05/22/2025) |
| 05/27/2025 | 12 | Minute Entry for proceedings held before Judge Mark Lane:Preliminary and Detention Hearing as to James Wesley Burger held on 5/27/2025 (Minute entry documents are not available electronically.) (Court Reporter FTR Austin.) (mlg) [1:25-mj-00583-ML] (Entered: 05/27/2025) |
| 05/27/2025 | 13 | ORDER OF DETENTION: Bond set to NO BOND as to James Wesley Burger. Signed by Judge Mark Lane. (mlg) [1:25-mj-00583-ML] (Entered: 05/27/2025) |
| 05/27/2025 | 14 | EXHIBIT LIST for Preliminary and Detention Hearing (DKT #12) by USA as to James Wesley Burger (mlg) (Additional attachment(s) added on 5/27/2025: # 1 Exhibit Government Exhibit 1, # 2 Exhibit Government Exhibit 2, # 3 Exhibit Government Exhibit 3, # 4 Exhibit Government Exhibit 12) (mlg). **Audio/Video Exhibits are not available on CM/ECF and have been preserved in the Court's archive**. [1:25-mj-00583-ML] (Entered: 05/27/2025) |
| 05/27/2025 | 15 | WITNESS LIST for Preliminary and Detention Hearing (dkt #12) by USA as to James Wesley Burger (mlg) [1:25-mj-00583-ML] (Entered: 05/27/2025) |
| 05/27/2025 | 16 | EXHIBIT LIST for Preliminary and Detention Hearing (dkt #12) by James Wesley Burger (mlg) (Additional attachment(s) added on 5/27/2025: # 1 Exhibit Defts Exhibit 1) (mlg). [1:25-mj-00583-ML] (Entered: 05/27/2025) |
| 05/30/2025 | 17 | Arrest Warrant Returned Executed on 05/19/2025 as to James Wesley Burger. (mlg) [1:25-mj-00583-ML] (Entered: 05/30/2025) |

| | | |
|---|---|---|
| 06/17/2025 | 20 | Personal Data Sheet (SEALED) as to James Wesley Burger. (cnr) (Entered: 06/17/2025) |
| 06/17/2025 | 19 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to James Wesley Burger (1) count(s) 1, 2. (cnr) (Entered: 06/26/2025) |
| 06/23/2025 | 21 | ORDER SETTING ARRAIGNMENT as to James Wesley Burger. (**Arraignment set for 6/26/2025 at 11:00 A.M. in Austin before Judge Dustin M. Howell**). Signed by Judge Dustin M. Howell. (cnr) (Entered: 06/23/2025) |
| 06/25/2025 | 22 | SEALED MOTION filed (Attachments: # 1 Proposed Order) (Srinivasan, G.) (Entered: 06/25/2025) |
| 06/26/2025 | 23 | Minute Entry for proceedings held before Judge Dustin M. Howell:Arraignment as to James Wesley Burger (1) Count 1,2. Plea of not guilty entered on 6/26/2025 (Minute entry documents are not available electronically.), Due Process Protections Act Warning given in Open Court as to James Wesley Burger (Court Reporter FTR.) (klw) (Entered: 06/27/2025) |
| 06/26/2025 | 24 | Order Regarding Due Process Protections Act as to James Wesley Burger. Signed by Judge Dustin M. Howell. (klw) (Entered: 06/27/2025) |
| 07/07/2025 | 25 | SCHEDULING ORDER as to James Wesley Burger. Plea Agreement due by 8/4/2025, (*Should a Plea Agreement be reached*) Rearraignment set for 8/12/2025 at 10:00 A.M. in Austin before Judge Mark Lane, Jury Selection set for 9/8/2025 at 9:00 A.M. in Austin before Judge Alan D Albright, and Jury Trial set for 9/8/2025 at 9:00 A.M. in Austin before Judge Alan D Albright. Signed by Judge Alan D Albright. (cnr) (Entered: 07/07/2025) |
| 07/07/2025 | 26 | Order Concerning Courtroom Decorum and Trial Procedures as to James Wesley Burger. Signed by Judge Alan D Albright. (cnr) (Entered: 07/07/2025) |
| 07/07/2025 | 27 | ***SEALED*** Discovery Protective Order. Signed by Judge Alan D Albright. (cnr) (Entered: 07/07/2025) |
| 07/09/2025 | | Case as to James Wesley Burger Referred to Magistrate Judge Susan Hightower. (klw) (Entered: 07/09/2025) |
| 07/25/2025 | 28 | NOTICE OF ATTORNEY APPEARANCE: Jose I. Gonzalez-Falla appearing for James Wesley Burger . Attorney Jose I. Gonzalez-Falla added to party James Wesley Burger(pty:dft) (Gonzalez-Falla, Jose) (Entered: 07/25/2025) |
| 07/25/2025 | 29 | NOTICE OF ATTORNEY APPEARANCE: Charlotte Anne Herring appearing for James Wesley Burger . Attorney Charlotte Anne Herring added to party James Wesley Burger(pty:dft) (Herring, Charlotte) (Entered: 07/25/2025) |
| 08/01/2025 | 30 | Unopposed MOTION to Continue *All Settings* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 08/01/2025) |
| 08/04/2025 | 31 | NOTICE OF ATTORNEY APPEARANCE Mark T. Roomberg appearing for USA. . Attorney Mark T. Roomberg added to party USA(pty:pla) (Roomberg, Mark) (Entered: 08/04/2025) |
| 08/04/2025 | 32 | MOTION to Withdraw as Attorney by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Salinas, Jesus) (Entered: 08/04/2025) |
| 08/05/2025 | 33 | ORDER GRANTING 30 Motion to Continue as to James Wesley Burger (1). Jury Selection RESET for 12/1/2025 09:00 AM in Austin before Judge Alan D Albright, Jury Trial RESET for 12/1/2025 09:00 AM in Austin before Judge Alan D Albright, and Rearraignment RESET for 11/12/2025 02:00 PM in Austin before Judge Mark Lane. Signed by Judge Alan D Albright. (cnr) (Entered: 08/06/2025) |
| 08/08/2025 | 34 | ORDER GRANTING 32 Motion to Withdraw as Attorney as to James Wesley Burger (1). Signed by Judge Susan Hightower. (cnr) (Entered: 08/08/2025) |
| 08/08/2025 | | Attorney Jesus M. Salinas, Jr terminated as to James Wesley Burger. (cnr) (Entered: 08/08/2025) |

| | | |
|---|---|---|
| 08/27/2025 | 35 | NOTICE OF ATTORNEY APPEARANCE Mark T. Roomberg appearing for USA. *Corrected* (Roomberg, Mark) (Entered: 08/27/2025) |
| 10/15/2025 | 36 | NOTICE OF ATTORNEY APPEARANCE Keith Mason Henneke appearing for USA. . Attorney Keith Mason Henneke added to party USA(pty:pla) (Henneke, Keith) (Entered: 10/15/2025) |
| 10/21/2025 | 40 | SUPERSEDING INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to James Wesley Burger (1) count(s) 1s, 2s, 3s. (cnr) (Entered: 10/21/2025) |
| 10/21/2025 | 41 | Personal Data Sheet (SEALED) as to James Wesley Burger. (cnr) (Entered: 10/21/2025) |
| 10/22/2025 | 44 | ORDER Setting Arraignment with Proposed Notice of Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty attached as to James Wesley Burger. Arraignment set for 10/27/2025 08:30 AM in Austin before Judge Susan Hightower. Signed by Judge Susan Hightower. (cnr) (Entered: 10/22/2025) |
| 10/27/2025 | 46 | Waiver of personal appearance at Arraignment, plea of not guilty by James Wesley Burger (Gonzalez-Falla, Jose) (Entered: 10/27/2025) |
| 10/27/2025 | 47 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by James Wesley Burger. Signed by Judge Susan Hightower. (cnr) (Entered: 10/28/2025) |
| 10/29/2025 | 48 | SCHEDULING ORDER as to James Wesley Burger. Plea Agreement due by 11/3/2025, Rearraignment set for 11/12/2025 02:00 PM in Austin before Judge Mark Lane, Jury Selection set for 12/8/2025 09:00 AM in Austin before Judge Alan D Albright, and Jury Trial set for 12/8/2025 09:00 AM in Austin before Judge Alan D Albright. Signed by Judge Alan D Albright. (cnr) (Entered: 10/29/2025) |
| 10/29/2025 | 49 | Order Concerning Courtroom Decorum and Trial Procedures as to James Wesley Burger. Signed by Judge Alan D Albright. (cnr) (Entered: 10/29/2025) |
| 11/03/2025 | 52 | MOTION to Suppress *Statements* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Attachments: # 1 Exhibit A)(Gonzalez-Falla, Jose) (Entered: 11/03/2025) |
| 11/03/2025 | 53 | MOTION to Dismiss Indictment/Information by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 11/03/2025) |
| 11/06/2025 | 55 | ORDER RESETTING JURY SELECTION AND TRIAL; REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE FOR JURY SELECTION as to James Wesley Burger. (Jury Selection RESET for 12/1/2025 09:00 AM in Austin before Judge Susan Hightower, Jury Trial RESET for 12/2/2025 09:00 AM in Austin before Judge Alan D Albright). Signed by Judge Alan D Albright. (cnr) (Entered: 11/06/2025) |
| 11/10/2025 | 56 | NOTICE of Intent to Use Evidence by USA as to James Wesley Burger (Roomberg, Mark) (Entered: 11/10/2025) |
| 11/10/2025 | 57 | ORDER as to James Wesley Burger, Set Motions Hearing in case as to James Wesley Burger 52 MOTION to Suppress *Statements*, 53 MOTION to Dismiss Indictment/Information . ( Motions Hearing set for 11/18/2025 03:30 PM in Austin before Judge Alan D Albright). Signed by Judge Alan D Albright. (pg) (Entered: 11/10/2025) |
| 11/12/2025 | 58 | NOTICE of Intent to Use Evidence by USA as to James Wesley Burger *(Amended)* (Roomberg, Mark) (Entered: 11/12/2025) |
| 11/13/2025 | 59 | RESPONSE TO MOTION by USA as to James Wesley Burger re 53 MOTION to Dismiss Indictment/Information filed by Defendant James Wesley Burger (Roomberg, Mark) (Entered: 11/13/2025) |
| 11/13/2025 | 60 | NOTICE by USA as to James Wesley Burger re 52 MOTION to Suppress *Statements* (Henneke, Keith) (Entered: 11/13/2025) |

| | | |
|---|---|---|
| 11/14/2025 | 61 | NOTICE to Attorneys regarding Jury Evidence Recording System (JERS) Instructions. (cnr) (Entered: 11/14/2025) |
| 11/17/2025 | 63 | REPLY TO RESPONSE to Motion by James Wesley Burger re 53 MOTION to Dismiss Indictment/Information filed by Defendant James Wesley Burger (Gonzalez-Falla, Jose) (Entered: 11/17/2025) |
| 11/17/2025 | 64 | NOTICE *Expert Witness Testimony* by USA as to James Wesley Burger (Attachments: # 1 Laboratory Report, # 2 Expert Witness Letter, # 3 CV David R. Krueger, # 4 CV Christine M. Marsh)(Roomberg, Mark) (Entered: 11/17/2025) |
| 11/17/2025 | 65 | Response by James Wesley Burger re 58 Notice of Intent to Use Evidence (Herring, Charlotte) (Entered: 11/17/2025) |
| 11/18/2025 | 66 | Minute Entry for proceedings held before Judge Alan D Albright:Motion Hearing as to James Wesley Burger held on 11/18/2025 re 53 MOTION to Dismiss Indictment/Information filed by James Wesley Burger, 52 MOTION to Suppress *Statements* filed by James Wesley Burger (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.) (cnr) (Entered: 11/19/2025) |
| 11/19/2025 | 67 | Order Setting Status Conference as to James Wesley Burger. (Status Conference set for 11/24/2025 10:00 AM in Austin before Judge Alan D Albright). Signed by Judge Alan D Albright. (cnr) (Entered: 11/19/2025) |
| 11/19/2025 | 68 | Supplement by James Wesley Burger *Post-Hearing Supplement to Motion to Dismiss* (Gonzalez-Falla, Jose) (Entered: 11/19/2025) |
| 11/20/2025 | 69 | Supplement by USA as to James Wesley Burger re 52 MOTION to Suppress *Statements Post-Hearing Supplement in Opposition* (Roomberg, Mark) (Entered: 11/20/2025) |
| 11/21/2025 | 70 | Supplement by USA as to James Wesley Burger re 53 MOTION to Dismiss Indictment/Information *[CORRECTED]* (Henneke, Keith) (Entered: 11/21/2025) |
| 11/21/2025 | 71 | EXHIBIT LIST by USA as to James Wesley Burger (Henneke, Keith) (Entered: 11/21/2025) |
| 11/24/2025 | 72 | MOTION to Stay *Order Dismissing Superseding Indictment and Release Pending Appeal* by USA as to James Wesley Burger.. Motions referred to Judge Susan Hightower. (Henneke, Keith) (Entered: 11/24/2025) |
| 11/24/2025 | 73 | Minute Entry for proceedings held before Judge Alan D Albright:Status Conference as to James Wesley Burger held on 11/24/2025 (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.) (cnr) (Entered: 11/24/2025) |
| 11/24/2025 | 74 | RESPONSE TO MOTION by James Wesley Burger re 72 MOTION to Stay *Order Dismissing Superseding Indictment and Release Pending Appeal* filed by Plaintiff USA (Gonzalez-Falla, Jose) (Entered: 11/24/2025) |
| 11/25/2025 | 75 | MEMORANDUM IN SUPPORT OF MOTION by USA as to James Wesley Burger re 72 MOTION to Stay *Order Dismissing Superseding Indictment and Release Pending Appeal* filed by Plaintiff USA (Henneke, Keith) (Entered: 11/25/2025) |
| 11/25/2025 | 76 | ORDER DENYING Government's 72 Motion to Stay Order Dismissing Superseding Indictment and Release Pending Appeal as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 11/25/2025) |
| 11/26/2025 | 77 | Order Dismissing 40 Superseding Indictment. Signed by Judge Alan D Albright. (cnr) (Entered: 11/26/2025) |
| 11/26/2025 | 78 | Appeal of Final Judgment 77 , 76 by USA as to James Wesley Burger. No filing fee submitted (Henneke, Keith) (Entered: 11/26/2025) |

| | | |
|---|---|---|
| 11/26/2025 | | NOTICE OF APPEAL following 78 Notice of Appeal (E-Filed) by USA as to James Wesley Burger Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (cnr) (Entered: 11/26/2025) |
| 12/01/2025 | 88 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for dates of 11/18/2025 and 11/24/25 before Judge Albright, Proceedings Transcribed: Sentencing / Bail Hearing. Court Reporter: Kristie Davis. re Notice of Appeal - Final Judgment. (klw) (Entered: 12/09/2025) |
| 12/03/2025 | 79 | MOTION for Hearing *re: Detention/Bond* by USA as to James Wesley Burger.. Motions referred to Judge Susan Hightower. (Henneke, Keith) (Entered: 12/03/2025) |
| 12/03/2025 | 80 | USCA ORDER OF TEMPORARY ADMINISTRATIVE STAY of 10 days as to James Wesley Burger. (Attachments: # 1 Fifth Circuit Letter). (cnr) (Entered: 12/03/2025) |
| 12/03/2025 | 81 | MOTION *for Release Pending Government Appeal* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 12/03/2025) |
| 12/04/2025 | 82 | RESPONSE in Opposition by USA as to James Wesley Burger re 81 MOTION *for Release Pending Government Appeal* filed by Defendant James Wesley Burger (Henneke, Keith) (Entered: 12/04/2025) |
| 12/04/2025 | 83 | ORDER DENYING Government's 79 Motion for Detention/Bond Hearing as to James Wesley Burger (1); GRANTING Defendant's 81 Motion for Release Pending Government Appeal as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 12/04/2025) |
| 12/04/2025 | 84 | TRANSCRIPT REQUEST by James Wesley Burger for proceedings held on 11/18/2025; 11/24/2025 before Judge Alan D. Albright. Proceedings Transcribed: Motion Hearing; Status Conference. Court Reporter: Kristie Davis. (Gonzalez-Falla, Jose) (Entered: 12/04/2025) |
| 12/04/2025 | 85 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on 11-18-25 Proceedings Transcribed: Motions Hearing. Court Reporter/Transcriber Kristie Davis, Telephone number 2546660904. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/26/2025, Redacted Transcript Deadline set for 1/5/2026, Release of Transcript Restriction set for 3/4/2026, Appeal Record due by 12/19/2025, (kd) (Entered: 12/04/2025) |
| 12/04/2025 | 86 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on 11-24-25 Proceedings Transcribed: Status Conference. Court Reporter/Transcriber Kristie Davis, Telephone number 2546660904. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/26/2025, Redacted Transcript Deadline set for 1/5/2026, Release of Transcript Restriction set for 3/4/2026, Appeal Record due by 12/19/2025, (kd) (Entered: 12/04/2025) |
| 12/09/2025 | 87 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for dates of 5/19/2025 and 6/26/2025 before Judge Lane (May) Howell (June),. Proceedings Transcribed: Arraignments held on 5/19/25 and 6/26/25. Court Reporter: Lily I. Reznik. re Notice of Appeal - Final Judgment,, (Roomberg, Mark) (Entered: 12/09/2025) |

| | | |
|---|---|---|
| 12/09/2025 | 89 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for dates of 5/27/2025 before Judge Mark Lane,. Proceedings Transcribed: Detention. Court Reporter: Lily I. Reznik. re Notice of Appeal - Final Judgment,, (Roomberg, Mark) (Entered: 12/09/2025) |
| 12/09/2025 | 90 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on May 27, 2025 Proceedings Transcribed: Preliminary/Detention Hearing. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/30/2025, Redacted Transcript Deadline set for 1/9/2026, Release of Transcript Restriction set for 3/9/2026, Appeal Record due by 12/24/2025, (lr) (Entered: 12/09/2025) |
| 12/10/2025 | 91 | Order Dismissing Indictment. Signed by Judge Alan D Albright. (cnr) (Entered: 12/10/2025) |
| 12/10/2025 | 92 | TRANSCRIPT REQUEST by James Wesley Burger for proceedings held on 05/27/2025 before Judge Mark Lane. Proceedings Transcribed: Detention Hearing. Court Reporter: Lily I. Reznik. (Gonzalez-Falla, Jose) (Entered: 12/10/2025) |
| 12/11/2025 | 93 | NOTICE OF APPEAL by USA as to James Wesley Burger. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (cnr) (Entered: 12/11/2025) |
| 12/11/2025 | 94 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on May 19, 2025 Proceedings Transcribed: Initial Appearance. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/2/2026, Redacted Transcript Deadline set for 1/12/2026, Release of Transcript Restriction set for 3/11/2026, Appeal Record due by 12/26/2025, (lr) (Entered: 12/11/2025) |
| 12/11/2025 | 95 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on June 26, 2025 Proceedings Transcribed: Arraignment. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/2/2026, Redacted Transcript Deadline set for 1/12/2026, Release of Transcript Restriction set for 3/11/2026, Appeal Record due by 12/26/2025, (lr) (Entered: 12/11/2025) |
| 12/19/2025 | 96 | ORDER of USCA Severing Cases (certified copy) as to James Wesley Burger ; re Notices of Appeal. (cnr) (Entered: 12/21/2025) |
| 12/19/2025 | 97 | ORDER of USCA Extending Temporary Administrative Stay to December 23, 2025 as to James Wesley Burger ; re Notice of Appeal - Final Judgment. (Attachments: # 1 Fifth Circuit Letter). (cnr) (Entered: 12/21/2025) |
| 12/23/2025 | 98 | Opposed MOTION *to Revoke Detention Order* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Attachments: # 1 Exhibit Exh A, # 2 Exhibit Exh B, # 3 Exhibit Exh C, # 4 Proposed Order)(Herring, Charlotte) (Entered: 12/23/2025) |

| | | |
|---|---|---|
| 12/23/2025 | 99 | MOTION for Arrest Warrant by USA as to James Wesley Burger.. Motions referred to Judge Susan Hightower. (Henneke, Keith) (Entered: 12/23/2025) |
| 12/23/2025 | 100 | ORDER as to James Wesley Burger ( Motions Hearing set for 12/29/2025 10:00 AM before Judge Dustin M. Howell). Signed by Judge Dustin M. Howell. (pg) (Entered: 12/23/2025) |
| 12/24/2025 | 102 | ***Pursuant to the Court's Oral Order announced on 12/29/2025, this motion is now Unsealed*** Government's Ex Parte Renewed Emergency Motion for Arrest Warrant. (cnr) Modified on 12/30/2025 (cnr). (cnr). (Entered: 12/29/2025) |
| 12/28/2025 | 101 | RESPONSE in Opposition by USA as to James Wesley Burger re 98 Opposed MOTION *to Revoke Detention Order* filed by Defendant James Wesley Burger (Roomberg, Mark) (Entered: 12/28/2025) |
| 12/29/2025 | 103 | Minute Entry for proceedings held before Judge Alan D Albright:Motions Hearing as to James Wesley Burger held on 12/29/2025 re 99 MOTION for Arrest Warrant filed by USA, 98 Opposed MOTION *to Revoke Detention Order* filed by James Wesley Burger (Minute entry documents are not available electronically.) (Court Reporter FTR GOLD - ERO.) (cnr) (Entered: 12/29/2025) |
| 12/29/2025 | 104 | *Redacted* ORDER Setting Conditions of Release as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 12/29/2025) |
| 12/29/2025 | 105 | *Sealed, Unredacted* ORDER Setting Conditions of Release as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 12/29/2025) |
| 12/29/2025 | | ORAL MOTION to Unseal 102 Ex-Parte Motion by USA as to James Wesley Burger.(cnr) (Entered: 12/29/2025) |
| 12/29/2025 | | ORAL ORDER GRANTING Oral Motion to Unseal 102 EX PARTE MOTION Filed as to James Wesley Burger (1). By Judge Alan D Albright. (cnr) (Entered: 12/29/2025) |
| 12/29/2025 | 106 | EXHIBITS for 103 Motions Hearing held on 12/29/2025 by James Wesley Burger. (cnr) (Entered: 12/30/2025) |
| 12/29/2025 | 107 | EXHIBITS for 103 Motions Hearing held on 12/29/2025 by USA as to James Wesley Burger. (cnr) (Additional attachment(s) added on 1/2/2026: # 2 Supplement Exhibits 5, 10a, 10b) (knf). (Entered: 12/30/2025) |
| 12/30/2025 | 108 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for proceedings held on 12/29/2025 before Judge Howell. Proceedings Transcribed: No. Court Reporter: Lily Reznik. (Henneke, Keith) (Entered: 12/30/2025) |
| 12/31/2025 | 109 | Appeal of Order entered by District Judge 91 by USA as to James Wesley Burger. No filing fee submitted (Roomberg, Mark) (Entered: 12/31/2025) |
| 12/31/2025 | | Subsequent NOTICE OF APPEAL by USA as to James Wesley Burger as to Notice of Appeal - Final Judgment. (cnr) (Entered: 01/05/2026) |
| 01/08/2026 | 110 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on December 29, 2025 Proceedings Transcribed: Motions Hearing. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/29/2026, Redacted Transcript Deadline set for 2/9/2026, Release of Transcript Restriction set for 4/8/2026, Appeal Record due by 1/23/2026, (lr) (Entered: 01/08/2026) |
| 01/15/2026 | 111 | Opposed MOTION to Travel *to New Orleans, Louisiana to Attend Oral Argument* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 01/15/2026) |

| | | |
|---|---|---|
| 01/16/2026 | 112 | RESPONSE TO MOTION by USA as to James Wesley Burger re 111 Opposed MOTION to Travel *to New Orleans, Louisiana to Attend Oral Argument* filed by Defendant James Wesley Burger (Roomberg, Mark) (Entered: 01/16/2026) |
| 01/16/2026 | 113 | ORDER GRANTING Opposed 111 Motion to Permit Travel to New Orleans, Louisiana to Attend Oral Argument as to James Wesley Burger (1). Signed by Judge Susan Hightower. (cnr) (Entered: 01/16/2026) |
| 02/05/2026 | 114 | Opposed MOTION to Travel *to Round Rock, Texas* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 02/05/2026) |
| 02/09/2026 | 115 | ORDER GRANTING 114 Motion to Travel as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 02/09/2026) |
| 03/19/2026 | 116 | BOND VIOLATION - NO ACTION REQUESTED as to James Wesley Burger. Signed by Judge Susan Hightower. (cnr) (Entered: 03/19/2026) |
| 03/19/2026 | 117 | JUDGMENT/MANDATE of USCA REVERSING and REMANDING (certified copy) as to James Wesley Burger. (Attachments: # 1 Fifth Circuit Opinion, # 2 Fifth Circuit Letter). (cnr) (Entered: 03/19/2026) |
| 03/20/2026 | 118 | SCHEDULING ORDER as to James Wesley Burger. Plea Agreement due by 4/21/2026, Rearraignment set for 4/28/2026 02:00 PM in Austin before Judge Susan Hightower, Jury Selection set for 5/18/2026 09:00 AM in Austin before Judge Alan D Albright, and Jury Trial set for 5/18/2026 09:00 AM in Austin before Judge Alan D Albright. Signed by Judge Alan D Albright. (cnr) (Entered: 03/20/2026) |
| 04/21/2026 | 120 | SECOND SUPERSEDING INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to James Wesley Burger (1) count(s) 1ss-3ss. (cnr) (Entered: 04/22/2026) |
| 04/21/2026 | 121 | Personal Data Sheet (SEALED) as to James Wesley Burger. (cnr) (Entered: 04/22/2026) |
| 04/22/2026 | 122 | ORDER CANCELING REARRAIGNMENT AND PLEA HEARING SET ON APRIL 28, 2026 AT 2:00 P.M. as to James Wesley Burger. Signed by Judge Susan Hightower. (cnr) (Entered: 04/22/2026) |
| 04/22/2026 | 123 | ORDER Setting Arraignment as to James Wesley Burger. Arraignment set for 4/29/2026 01:15 PM in Austin before Judge Susan Hightower. Signed by Judge Susan Hightower. (cnr) (Entered: 04/22/2026) |
| 04/27/2026 | 124 | Waiver of personal appearance at Arraignment, plea of not guilty by James Wesley Burger (Gonzalez-Falla, Jose) (Entered: 04/27/2026) |
| 04/28/2026 | 125 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by James Wesley Burger. Signed by Judge Susan Hightower. (cnr) (Entered: 04/28/2026) |
| 04/28/2026 | 126 | NOTICE to Attorneys regarding Jury Evidence Recording System (JERS) Instructions (mlg) (Entered: 04/28/2026) |
| 04/29/2026 | 127 | Unopposed Motion to Permit Travel From Florida to Texas by James Wesley Burger. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) Modified on 4/29/2026 to edit docket text (cnr). (Entered: 04/29/2026) |
| 04/30/2026 | 128 | ORDER GRANTING Defendant's 127 Motion to Permit Travel as to James Wesley Burger (1). Signed by Judge Susan Hightower. (cnr) (Entered: 04/30/2026) |
| 05/04/2026 | 129 | MOTION to Strike *SURPLUSAGE* by James Wesley Burger.. Motions referred to Judge Susan Hightower. (Gonzalez-Falla, Jose) (Entered: 05/04/2026) |
| 05/05/2026 | | Attorney Girish Karthik Srinivasan terminated as to James Wesley Burger. No longer with the US Attorney's Office. (cnr) (Entered: 05/05/2026) |

| | | |
|---|---|---|
| 05/05/2026 | 130 | Agreed Motion for Joint Proposed Supplemental Juror Questionnaire by James Wesley Burger (Gonzalez-Falla, Jose) Modified on 5/5/2026 to change motion event/edit docket text (cnr). (Entered: 05/05/2026) |
| 05/05/2026 | | MOTIONS as to James Wesley Burger REFERRED to Magistrate Judge pursuant to Judge Albright's Magistrate Referral Order : 130 MOTION. Referral Judge: Susan Hightower. (cnr) (Entered: 05/05/2026) |
| 05/08/2026 | 131 | ORDER SETTING PRETRIAL CONFERENCE VIA ZOOM as to James Wesley Burger. (Pretrial Conference set for 5/11/2026 02:00 PM before Judge Alan D Albright). Signed by Judge Alan D Albright. (cnr) (Entered: 05/08/2026) |
| 05/08/2026 | 132 | ORDER GRANTING Defendant's Agreed 130 Motion for Joint Proposed Supplemental Juror Questionnaire as to James Wesley Burger (1). The District Clerk is ORDERED to distribute the Supplemental Juror Questionnaire to the prospective panel of jurors. Signed by Judge Susan Hightower.(cnr) (Entered: 05/08/2026) |
| 05/08/2026 | | Motions No Longer Referred as to James Wesley Burger: 130 MOTION . (cnr) (Entered: 05/08/2026) |
| 05/08/2026 | 133 | Supplement by James Wesley Burger *Supplemental Response to the Government's Notice Pursuant to Federal Rule of Evidence 404(b)* (Gonzalez-Falla, Jose) (Entered: 05/08/2026) |
| 05/08/2026 | 134 | TRIAL BRIEF by USA as to James Wesley Burger *Trial Brief Regarding 404(b) Evidence* (Roomberg, Mark) (Entered: 05/08/2026) |
| 05/10/2026 | 135 | RESPONSE in Opposition by USA as to James Wesley Burger re 129 MOTION to Strike *SURPLUSAGE* filed by Defendant James Wesley Burger (Henneke, Keith) (Entered: 05/10/2026) |
| 05/11/2026 | 136 | TRIAL BRIEF by USA as to James Wesley Burger *Regarding Miranda and Exceptions* (Henneke, Keith) (Entered: 05/11/2026) |
| 05/11/2026 | 137 | Minute Entry for proceedings held before Judge Alan D Albright:Pretrial Conference as to James Wesley Burger held on 5/11/2026 (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.) (cnr) (Entered: 05/11/2026) |
| 05/11/2026 | 152 | EXHIBITS for Pretrial Conference held on 5/11/2026 by USA as to James Wesley Burger. **Audio/Video Exhibits are not available on CM/ECF and have been preserved in the Court's archive**. (cnr) (Entered: 06/16/2026) |
| 05/12/2026 | 138 | PRETRIAL CONFERENCE ORDER: RE TRIAL EXHIBITS, GRANTING DEFENDANT'S 129 MOTION TO STRIKE SURPLUSAGE, DENYING GOVERNMENT'S REQUEST FOR A SPECIAL VERDICT FORM, AND ORDER THAT THE GOVERNMENT MUST PRODUCE ANY GRAND JURY TESTIMONY OR OTHER MATERIAL REQUIRED UNDER *JENCKS V. UNITED STATES*, 353 U.S. 657 (1957) BY 5:00 PM ON WEDNESDAY, MAY 13, 2026 as to James Wesley Burger (1). Signed by Judge Alan D Albright. (cnr) (Entered: 05/12/2026) |
| 05/12/2026 | 139 | Proposed Voir Dire by James Wesley Burger (Gonzalez-Falla, Jose) (Entered: 05/12/2026) |
| 05/13/2026 | 140 | Appeal of Order entered by District Judge 138 by USA as to James Wesley Burger. No filing fee submitted (Henneke, Keith) (Entered: 05/13/2026) |
| 05/13/2026 | 141 | MOTION to Stay *Proceedings (EMERGENCY)* by USA as to James Wesley Burger.. Motions referred to Judge Susan Hightower. (Henneke, Keith) (Entered: 05/13/2026) |
| 05/13/2026 | | NOTICE OF APPEAL (Interlocutory) by USA as to James Wesley Burger re 138 Order. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers should also be completed in the E-voucher system. (cnr) (Entered: 05/13/2026) |

| | | |
|---|---|---|
| 05/13/2026 | 142 | RESPONSE in Opposition by James Wesley Burger re 141 MOTION to Stay *Proceedings (EMERGENCY)* filed by Plaintiff USA (Attachments: # 1 Exhibit Exhibit A)(Herring, Charlotte) (Entered: 05/13/2026) |
| 05/13/2026 | 143 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for dates of 5/11/2026 before Judge Alan D. Albright,. Proceedings Transcribed: PreTrial Conference. Court Reporter: Kristie Davis. re Notice of Appeal - Interlocutory,, (Henneke, Keith) (Entered: 05/13/2026) |
| 05/13/2026 | 144 | Appeal of Order entered by District Judge 138 by USA as to James Wesley Burger. No filing fee submitted (Henneke, Keith) (Entered: 05/13/2026) |
| 05/13/2026 | 145 | REPLY TO RESPONSE to Motion by USA as to James Wesley Burger re 141 MOTION to Stay *Proceedings (EMERGENCY)* filed by Plaintiff USA (Henneke, Keith) (Entered: 05/13/2026) |
| 05/13/2026 | | CORRECTED NOTICE OF APPEAL (wet ink signature) (Interlocutory) by USA as to James Wesley Burger re 144 Notice of Appeal (E-Filed), 138 Order. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers should also be completed in the E-voucher system. (cnr) (Entered: 05/13/2026) |
| 05/13/2026 | 146 | TRANSCRIPT filed of Proceedings as to James Wesley Burger held on 5-11-25 Proceedings Transcribed: Pretrial Conference. Court Reporter/Transcriber Kristie Davis, Telephone number 2546660904. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 6/3/2026, Redacted Transcript Deadline set for 6/15/2026, Release of Transcript Restriction set for 8/11/2026, Appeal Record due by 5/28/2026, (kd) (Entered: 05/13/2026) |
| 05/13/2026 | 147 | ORDER STAYING CASE as to James Wesley Burger. The trial scheduled to begin on May 18, 2026 and all related proceedings and deadlines are STAYED until resolution of the pending appeal. Signed by Judge Alan D Albright. (cnr) (Entered: 05/13/2026) |
| 05/13/2026 | 148 | TRANSCRIPT REQUEST by James Wesley Burger for proceedings held on 05/11/2026 before Judge Alan D. Albright. Proceedings Transcribed: Pretrial Conference. Court Reporter: Kristie Davis. (Gonzalez-Falla, Jose) (Entered: 05/13/2026) |
| 05/18/2026 | 149 | TRANSCRIPT REQUEST by USA as to James Wesley Burger for dates of 5/11/2026 before Judge Albright,. Proceedings Transcribed: PreTrial Conference. Court Reporter: Kristie Davis. re Notice of Appeal - Interlocutory,, (Roomberg, Mark) (Entered: 05/18/2026) |
| 05/20/2026 | 150 | Redacted Transcript filed re: 146 Transcript in case as to James Wesley Burger (kd) (Entered: 05/20/2026) |
| 05/20/2026 | 151 | ORDER as to James Wesley Burger reassigning to Judge David Counts. Judge Alan D Albright no longer assigned for James Wesley Burger. Signed by Judge Alan D Albright. (cnr) (Entered: 05/20/2026) |
| 05/20/2026 | | Case as to James Wesley Burger no longer referred to Magistrate Judge Susan Hightower. (cnr) (Entered: 05/20/2026) |
| 06/18/2026 | 153 | Opposed MOTION to Modify Conditions of Release by James Wesley Burger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gonzalez-Falla, Jose) (Entered: 06/18/2026) |
| 06/23/2026 | | Text Order DENYING 153 Motion to Modify Conditions of Release as to James Wesley Burger (1) It is ORDERED that the Opposed Motion to Amend Conditions of Release, filed June 18, [Doc. 153] is DENIED. The Defendant, James Wesley Burger, shall remain on Condition of Release previously imposed. IT IS SO ORDERED. Entered by Judge David Counts. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cl) (Entered: 06/23/2026) |
| 08/19/2026 | 154 | MOTION to Amend/Correct *Release Order to Reflect Conditions of Release Pronounced In Open Court* by James Wesley Burger. (Attachments: # 1 Exhibit A)(Gonzalez-Falla, Jose) (Entered: 08/19/2026) |