**FILED**
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MLG
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**JAMES WESLEY BURGER**<br>**Defendant** | **Cause No: 1:25-cr-00332-ADA**<br><br>**SUPERSEDING INDICTMENT**<br><br>**[Cts. 1 - 3: 18 U.S.C. § 875(c) – Interstate Threatening Communication]**<br><br>**1:25-CR-00332 ADA-SH** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 23, 2025, in the Western District of Texas and elsewhere, Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat to "deal a grievous wound upon the followers of the Cross," for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

**COUNT TWO**
**Interstate Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 27, 2025, in the Western District of Texas and elsewhere,

Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included:

> I've come to conclude it will befall the 12 of Shawwal aa/And it will be a music festival/Attracting bounties of Christians s/In'shaa'allah we willl attain martyrdom /And deal a grevious wound upon the followers of the Cross /Pray for me and enjoin yourself to martyrdom

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

**COUNT THREE**
**Interstate Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 21, 2025, in the Western District of Texas and elsewhere,

Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat

I have guns In[ ]case the authorities want to arrest me . . .I am ready To sacrifice my life for my Rabb….[The Defendant would] Detonate what I've prepared Of munitions And use my firearms To take many with me, [and] Yes wish me luck On the path of martyrdom In'shaa'allah"

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

[redacted]

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________________
FOR: MARK ROOMBERG
ASSISTANT UNITED STATES ATTORNEYS